IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALLEEM ALBERT WALKER-BORDEN,** : | |
|    Plaintiff, : | |
| : | |
| v. : | Case No. 2:25-cv-01581-JDW |
| : | |
| **TRACY TRIPP,** : | |
|    Defendant. : | |

### ORDER

AND NOW, this 31st day of July, 2025, upon consideration of Plaintiff Alleem Albert Walker-Borden's Motion to Proceed *In Forma Pauperis* and Prisoner Trust Fund Account Statement (ECF No. 4), it is **ORDERED** that the Motion is **GRANTED** pursuant to 28 U.S.C. § 1915.

Alleem Albert Walker-Borden, #1055339, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Warden of the Curran-Fromhold Correctional Facility or other appropriate official shall assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Mr. Walker-Borden's inmate account; or (b) the average monthly balance in Mr. Walker-Borden's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Mr. Walker-Borden's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall

forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Mr. Walker-Borden's inmate account until the fees are paid.  ach payment shall refer to the docket number for this case.

The Clerk of shall send a copy of this Order to the Warden of the Curran-Fromhold Correctional Facility.

The Complaint is **DEEMED** filed and is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the accompanying Memorandum, as follows:

a. Mr. Walker-Borden's constitutional claims are **DISMISSED WITH PREJUDICE**;

b. Mr. Walker-Borden's request for vacatur of his conviction is **DISMISSED WITHOUT PREJUDICE** to reasserting this claim in a petition for writ of habeas corpus after exhausting state court remedies; and

c. Walker-Borden's state law claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk Of Court shall mark this case closed.

                                **BY THE COURT:**

                                */s/ Joshua D. Wolson*
                                **JOSHUA D. WOLSON, J.**